Thomas Dimitre, Attorney at Law L.L.C.
CSB # 276924
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH KING, an individual**  **Plaintiff**       v.  **C&K MARKET INC. dba RAY'S FOOD PLACE #25**  **Defendant** | Case No. 2:16-cv-00559-TJN-CMK  **ORDER ON PLAINTIFF'S MOTION TO POSTPONE HEARING DATE**  **CURRENT HEARING DATE: June 30, 2016 AT 2:00 pm Courtroom: 2**  **PROPOSED HEARING DATE: July 28, 2016 at 2:00 pm Courtroom: 2**  **Complaint filed: March 17, 2016 Trial Date: None set** |

1  Plaintiff and Defendant have stipulated to a postponement of the June 30, 2016, 2 pm
2  hearing on Defendant's Motion to Dismiss and Motion to Strike.  The stipulated date is July 28,
3  2016 at 2 pm.
4
5  Based on the Stipulation, the Court GRANTS the Motion to postpone the hearing date.
6  The new hearing date is July 28, 2016 at 2 pm.
7
8
9  IT IS SO ORDERED.
10
11 Dated: June 7, 2016

Troy L. Nunley
United States District Judge