Thomas Dimitre SBN 276924
Attorney At Law, LLC
PO Box 801
Ashland, OR 97250
Telephone: (541) 890-5022
Facsimile: (541) 488-4601

Attorneys for Plaintiff
DEBORAH KING

Grace Y. Horoupian SBN 180337
Katherine Sandberg SBN 301117
FISHER PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
C&K MARKET, INC., dba
RAY'S FOOD PLACE #25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH KING,<br><br>          Plaintiff,<br><br>     v.<br><br>C&K MARKET, INC. dba RAY'S FOOD PLACE #25,<br><br>          Defendant. | Case No.  2-16-cv-00559-TLN-CMK<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF DEBORAH KING TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 17, 2016<br>Trial Date: None Set |

1    This stipulation is entered into by and between C&K MARKET, INC., dba RAY'S FOOD PLACE #25, ("C&K" or "Defendant") and DEBORAH KING ("King" or "Plaintiff"), through their respective counsel of record, as follows:

WHEREAS, on or about March 17, 2016, Plaintiff filed a Complaint in the above-entitled matter;

WHEREAS, on or about May 27, 2016, Defendant filed a Motion to Dismiss and Strike Plaintiff's Complaint Pursuant to FRCP Rule 12(b)(6) and 12(f).

WHEREAS, on or about July 14, 2016, Plaintiff filed a Motion for Leave to File a (Proposed) First Amended Complaint.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, that:

(1) Plaintiff shall be allowed to file the (Proposed) First Amended Complaint;

(2) Defendant will have 21 days from the filing of the (Proposed) First Amended Complaint to submit its responsive pleading; and

///

///

///

(3) The parties request that the hearing set for Thursday, July 28, 2016 be vacated.

IT IS SO STIPULATED:

DATE:  July 21, 2016          FISHER & PHILLIPS LLP


By: /s/ Grace Y. Horoupian
GRACE Y. HOROUPIAN
KATHERINE P. SANDBERG

Attorneys for Defendant
C&K MARKET, INC., dba
RAY'S FOOD PLACE #25

DATE:  July 21, 2016


By: /s/ Thomas Dimitre
THOMAS DIMITRE

Attorney for Plaintiff
DEBORAH KING

**IT IS SO ORDERED.**

Dated: July 21, 2016

_Troy L. Nunley signature_
Troy L. Nunley
United States District Judge

2
STIPULATION AND ORDER TO ALLOW PLAINTIFF DEBORAH KING TO FILE FIRST AMENDED COMPLAINT
FPDOCS 31901120.1