| | |
|---|---|
| 1 | Thomas Dimitre, SBN 276924 |
| 2 | Attorney at Law L.L.C. |
|   | P.O. Box 801 |
| 3 | Ashland, OR 97520 |
|   | Telephone: (541) 890-5022 |
| 4 | dimitre@mind.net |

Thomas Dimitre, SBN 276924
Attorney at Law L.L.C.
P.O. Box 801
Ashland, OR 97520
Telephone: (541) 890-5022
dimitre@mind.net

Attorney for Plaintiff
DEBORAH KING

Grace Y. Horoupian SBN 180337
FISHER PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Katherine Sandberg SBN 301117
FISHER PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant,
C&K MARKET, INC., dba
RAY'S FOOD PLACE #25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH KING, | Case No: 2-16-cv-00559-TLN-CMK |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| C&K MARKET, INC. dba RAY'S FOOD PLACE #25, | |
| Defendant. | Complaint Filed: March 17, 2016 |
| | Amended Complaint Filed: July 26, 2016 |
| | Second Amended Complaint Filed: March 9, 2018 |
| | Trial Date: None Set |

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO SECOND AMENDED COMPLAINT

FPDOCS 33870431.1

Plaintiff DEBORAH KING and Defendant C&K MARKET, INC., dba RAY'S FOOD PLACE #25 jointly stipulate to extend the time for Defendant to file a Response to Plaintiff's Second Amended Complaint from March 23, 2018 to April 6, 2018.

This extension will not alter the date of any event or any deadline already fixed by Court Order.

Dated: March 22, 2018

LAW OFFICES OF THOMAS DIMITRE
ATTORNEY AT LAW LLC

By: */s/ Thomas Dimitre* _____
THOMAS DIMITRE

Attorney for Plaintiff
DEBORAH KING

Dated: March 22, 2018

FISHER & PHILLIPS LLP

By: */s/ Katherine P. Sandberg* _____
GRACE Y. HOROUPIAN
KATHERINE SANDBERG

Attorneys for Defendant,
C&K MARKET, INC., dba
RAY'S FOOD PLACE #25

FPDOCS 33870431.1

# ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefor, IT IS SO ORDERED.

**Dated: March 27, 2018**

Troy L. Nunley
United States District Judge