Thomas Dimitre, Attorney at Law L.L.C.
CSB # 276924
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH KING, an individual** | Case No.  2-16-cv-00559-TLN-CMK |
| **Plaintiff** | **ORDER GRANTING THE PARTIES STIPULATION TO EXTEND TIME TO DISMISS THE CASE** |
| v. | |
| **C&K MARKET INC. dba RAY'S FOOD PLACE #25** | |
| **Defendant** | |

Defendant C&K Market Inc., dba Ray's Food Place #25, through its attorney Drew Tate, and Plaintiff, Deborah King, through her attorney Thomas Dimitre, (The Parties) filed a stipulation to extend time to dismiss the case.

Finding good cause for the extension, the Court GRANTS the request.

The Parties are ordered to file a dismissal in the case no later than November 11, 2024.

**IT IS SO ORDERED.**

Dated:  October 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE