Grace Y. Horoupian (SBN 180337)
E-Mail: ghoroupian@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Drew M. Tate (SBN 312219)
E-Mail:  dtate@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
C & K MARKET, INC. dba RAY'S FOOD PLACE #25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| DEBORAH KING, an individual<br><br>Plaintiff,<br><br>v.<br><br>C & K MARKET INC. dba RAY'S FOOD PLACE #25,<br><br>Defendant. | Case No:  2:16-cv-00559-DJC-DMC<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME TO DISMISS CASE**<br><br>Complaint Filed: March 16, 2016<br>Trial Date:         None |

The Court, having reviewed and considered Plaintiff DEBORAH KING ("Plaintiff") and Defendant C&K MARKET INC. dba RAY'S FOOD PLACE #25's ("Defendant") Joint Stipulation, and for GOOD CAUSE appearing, IT IS HEREBY ORDERED that:

The Parties are ordered to file a dismissal of this case by no later than November 28, 2024.

IT IS SO ORDERED.

Dated:  November 12, 2024

Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE