Grace Y. Horoupian (SBN 180337)
E-Mail: ghoroupian@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Drew M. Tate (SBN 312219)
E-Mail:  dtate@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
C & K MARKET, INC. dba RAY'S FOOD PLACE #25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| DEBORAH KING, an individual | Case No:  2:16-cv-00559-DJC-DMC |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)** |
| v. | |
| C & K MARKET INC. dba RAY'S FOOD PLACE #25, | |
| Defendant. | Complaint Filed:  March 16, 2016<br>Trial Date:        November 4, 2024 |

1

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action as to each party and each cause of action. Each party shall bear its own costs and attorneys' fees.

The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated:  November 27, 2024

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(A)(2)

FP 53037295.1